

# NUMBER 13-14-00020-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MARK MERU,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 117th District Court
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Mark Meru, by and through his attorney, has filed an amended motion to withdraw his appeal based on the unique procedural history of this case. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the amended motion to withdraw the appeal and pursuant to Texas Rule of Appellate Procedure

42.2(a), dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.   TEX. R. APP. P. 47.2(b).

Delivered and filed the
13th day of February, 2014.